IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC ANTHONY BENCIVENGA,<br><br>        Plaintiff,<br>  v.<br><br>US BANK, NATIONAL ASSOCIATION, as Trustee of GSAA HOME EQUITY TRUST, Series 2005-11, BARRETT DAFFIN FRAPPIER TREDDER & WEISS, LLP, GRACE EVERITT, DOES 1-10,<br><br>        Defendants.<br>                                               / | No. C 11-04128 SI<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO ENLARGE TIME TO FILE OPPOSITION** |

Defendants' motions to dismiss are set for hearing on December 2, 2011. Plaintiff's opposition papers were due November 1, 2011. On that date, plaintiff filed an ex parte application to enlarge time to file his opposition to defendants' motions because plaintiff recently retained counsel but counsel's health condition prevented him from filing the opposition on time.

The Court grants plaintiff's request for an enlargement of time. The hearing set for December 2, 2011, is continued to **December 9, 2011 at 9:00 a.m.** Plaintiff's opposition papers must be filed by **November 18, 2011.** Defendants' reply papers, if any, must be filed by **November 25, 2011.**

**IT IS SO ORDERED.**

Dated: November 2, 2011

                                                        SUSAN ILLSTON
                                                        United States District Judge