1  Francisco J. Aldana (CBN: 216388)
   THE ADVOCATES' LAW FIRM, LLP
2  600 B Street, Suite 2130
   San Diego, California 92101
3  Telephone: (619) 236-8355
   Facsimile: (619) 239-5888
4
   Attorney for Plaintiff
5  Marc Bencivenga

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marc Anthony Bencivenga, Private Attorney General,<br><br>　　　　　　　　Plaintiff,<br><br>　　versus<br><br>US BANK, NATIONAL ASSOCIATION, as Trustee of GSAA HOME EQUITY TRUST, Series 2005-11, BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP, GRACE EVERITT, DOES 1-10,<br><br>　　　　　　　　Defendants. | Case Number: **3:11-cv-04128-SI**<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL**<br><br>**[Filed Concurrently With [Proposed] Order]**<br><br>Hearing Date:　**--**<br>　　　　Time:　**--**<br>　　Courtroom:　**10**<br>Honorable Judge:　**Susan Illston**<br><br>Complaint Filed:　**August 22, 2011** |

**TO THE COURT, TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

　　PLEASE TAKE NOTICE THAT Plaintiff Marc Anthony Bencivenga, Private Attorney General ("Plaintiff") substitutes his counsel and attorney of record in this matter.

Page 1

**NOTICE OF SUBSTITUTION OF COUNSEL**

### FORMER ATTORNEY

Plaintiff formerly represented himself.

### NEW ATTORNEY

Plaintiff's new counsel in this matter and new attorney of record on whom all notices and papers may be served is: Francisco J. Aldana (SBN 216388) of The Advocates' Law Firm, LLP, 600 B Street, Suite 2130, San Diego, CA 92101, (619) 236-8355.

### SUBSTITUTION BASED ON CONSENT

The undersigned consent to the substitution and certify that this substitution will not delay the proceedings in this matter:

Dated: Oct. 21st, 2011



MARC BENCIVENGA

Dated: 10-31-11



**THE ADVOCATES' LAW FIRM, LLP**

_____
Francisco J. Aldana
New Attorney for Plaintiff
MARC BENCIVENGA

**CERTIFICATE OF SERVICE**

    I, Mario Valenzuela, do hereby certify that on November 1, 2011, I electronically filed the foregoing NOTICE OF SUBSTITUTION OF COUNSEL with the Clerk of the Court using the electronic case filing system, which will send electronic notification of such filing to all parties that have appeared in this action.


Dated:  November 1, 2011                                      By:_____

                                                                         Mario Valenzuela