**United States District Court**
For the Northern District of California

1

2

3

4

5

6                              IN THE UNITED STATES DISTRICT COURT

7                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    MARC ANTHONY BENCIVENGA,                      No. C 11-04128 SI

10                  Plaintiff,                      **ORDER GRANTING PLAINTIFF'S EX
                                                    PARTE APPLICATION TO ENLARGE**
        v.                                          **TIME TO FILE FIRST AMENDED**
11                                                  **COMPLAINT**

12   US BANK, NATIONAL ASSOCIATION, as
     Trustee of GSAA HOME EQUITY TRUST,
13   Series 2005-11, BARRETT DAFFIN FRAPPIER
     TREDER & WEISS LLP, GRACE EVERITT,
14   DOES 1-10

15                  Defendant.
                                                  /

16

17          On December 7, 2011, the Court granted defendants' motion to dismiss plaintiff's complaint,

18   but granted plaintiff leave to amend.  Plaintiff was given until January 7, 2012 to file an amended

19   complaint. On January 9, 2012, plaintiff filed an ex parte application to enlarge time to file the amended

20   complaint by twenty days.  Defendant U.S. Bank thereafter filed an opposition on January 10, 2012.

21          Defendant argues that plaintiff is judicially estopped from raising the underlying claims in this

22   action because plaintiff failed to list them in his March 2011 bankruptcy petition.  In an attached

23   declaration, plaintiff's counsel states that he has recently petitioned the bankruptcy court to reopen the

24   now-closed bankruptcy case and amend plaintiff's bankruptcy petition to add the instant claim against

25   defendants.  Plaintiff argues that once the petition is amended, "the Chapter 7 Trustee can determine

26   whether he will prosecute the claim or abandon the claim to allow plaintiff to continue the prosecution

27   of his civil case."  *See* Ex Parte App., Doc. 34 at 2.  Plaintiff represents that the complaint will be

28   "prepared and ready for filing" upon receipt of ruling on the motion to amend in the Bankruptcy Court.

1        The Court GRANTS plaintiff's application, and enlarges the time to file the amended complaint

2    to **February 1, 2012.**  The Court cautions plaintiff's counsel to act expeditiously, as the Court does not

3    anticipate granting any further requests to extend time.

4

5        **IT IS SO ORDERED.**

6

7    Dated: January 12, 2012

8                                     SUSAN ILLSTON
                                  United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2