IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC ANTHONY BENCIVENGA, | No. C 11-04128 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| US BANK, NATIONAL ASSOCIATION, as Trustee of GSAA HOME EQUITY TRUST, Series 2005-11, BARRETT DAFFIN FRAPPIER TREDER & WEISS LLP, GRACE EVERITT, DOES 1-10 | |
| Defendant. / | |

By separate order, the Court dismissed plaintiff's complaint without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 29, 2012

SUSAN ILLSTON
United States District Judge